# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

08 JAN 14 PM 1:14

BY: DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: '08 MJ 0101

The person charged as REBOLLERO-Sanchez, Jose Guadalupe now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the Western District of Washington on 2/25/05 with Title 18 USC 3583 (e)(3), in violation of:

Supervised Release Violation

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 1/14/08

Don Vazquez 1/14/08
CI -Deputy United States Marshal

Reviewed and Approved

DATE: 1/14/08

Assistant United States Attorney

[redacted]



[redacted] GUN

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

WESTERN DISTRICT OF WASHINGTON

RECEIVED
UNITED STATES MARSHAL
FEB 25 9 22 AM '05

UNITED STATES OF AMERICA

v.

JOSE GUADALUPE REBOLLERO-SANCHEZ

**WARRANT FOR ARREST**

CASE NUMBER: CR99-620R

**~~FILED UNDER SEAL~~** unsealed 1/14/08

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOSE GUADALUPE REBOLLERO-SANCHEZ

and bring him or her forthwith to the nearest magistrate to answer a(n)

____ Indictment ____ Information ✔ Probation/Supervised Release Violation Petition

charging him or her with:

Violation of Supervised Release

in violation of Title ____ United States Code, Section(s) ________

L. SIMLE
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

February 25, 2005 at Seattle, WA
Date and Location

Bail fixed at ______ by __________

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ________

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By [signature]
Deputy Clerk

RECEIVED
UNITED STATES MARSHAL
# 086

PROB 12C
(01/05)

~~FILED UNDER SEAL~~ unsealed 1/14/08

FEB 25 9 22 AM '05

# United States District Court
for
## Western District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jose Guadalupe Rebollero-Sanchez

**Case Number:** CR99-00620R

**Last Known Address:** Thurston County Jail

**City:** Olympia **State:** WA

**Name of Judicial Officer:** The Honorable Ricardo S. Martinez

**Date of Original Sentence:** 02/25/2000

**Date of Report:** 02/22/05

**Original Offense:** Illegal Reentry

**Original Sentence:** 57 Months Imprisonment; 3 Years Supervised Release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 01/28/04

**Assistant U.S. Attorney:** Lawrence Lincoln

**Defense Attorney:** Carlton F. Gunn

**Special Conditions Imposed:**

☒ **Substance Abuse** ☒ **Financial Disclosure** ☐ Restitution

☐ Mental Health ☐ Fine ☐ Community Service

☒ **Other: Submit to searches; Not to reenter the United States without permission if deported.**

## PETITIONING THE COURT

☒ To issue a warrant under seal
☐ To issue a summons

The probation officer believes that Jose Guadalupe Rebollero-Sanchez has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Reentering the United States without permission of the Bureau of Immigration and Customs Enforcement on or before November 10, 2004, in violation of special condition #7 of his supervised release and the standard condition that he not commit another federal, state or local crime. |

We incorporate by reference the information contained in the attached memorandum.

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By [signature]
Deputy Clerk

99-CR-00620-ORD

U.S. Probation Officer Recommendation:

☒ The term of supervision should be
- ☒ revoked.
- ☐ extended for ____ years, for a total term of _____ years.

☐ The condition of supervision should be modified as follows:

☒ Detention pending final adjudication due to
- ☒ risk of flight.
- ☒ danger to community.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of February, 2005.

Todd A. Sanders
Supervising U.S. Probation Officer

TAS
2/23/05

---

THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☐ No Action Approved
☒ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

Signature of Judicial Officer

2/24/05
Date