**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**MONDAY, JANUARY 14, 2008**

**HON. NITA L. STORMES DEPUTY CLERK: G. PERRAULT TAPE# NLS08-15:08 TO 15:13**

**08MG0101 USA VS JOSE GUADALUPE REBOLLERO-SANCHEZ**

**ATTY: DONALD NUNN**

**18:3583(e)(3)**

**AUSA: ANDREW SCHOPLER**

**ARRAIGNMENT**

=====================================================================

DOA: 1-12-08
F/A: 1-14-08

FEDERAL DEFENDERS - S/A

GOVERNMENTS ORAL MOTION TO UNSEAL COMPLAINT - GRANTED
DFT'S FIRST APPEARANCE
DFT ARRAIGNED ON THE COMPLAINT AND PLEADS NOT GUILTY
COURT APPOINTS ATTORNEY DONALD NUNN, CJA-N/A FOR DEFENDANT
NO BAIL SET
ID/REMOVAL HEARING SET FOR 1/29/08 AT 9:30AM BEFORE
MAGISTRATE JUDGE NITA L. STORMES