MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
TUESDAY, JANUARY 29, 2008

HON. NITA L. STORMES DEPUTY CLERK: G. PERRAULT TAPE# NLS08-10:13 TO 10:15

08MJ0101-NLS USA VS JOSE GUADALUPE REBOLLERO-SANCHEZ [1]

ATTY: DONALD A. NUNN (CJA) [1]

AUSA: GEORGE MANAHAN

**REMOVAL/ID HEARING**

================================================================

DFT SUBMIT'S WAIVER OF HEARING
DFT WAIVES IDENTITY HEARING AND ADMITS IDENTITY.
DFT IS ORDERED REMOVED TO THE WESTERN DISTRICT OF WASHINGTON FORTHWITH.
WARRANT OF REMOVAL SIGNED BY COURT AND ISSUED TO USM.