UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

**JOSE GUADALUPE REBOLLERO-SANCHEZ**

Magistrate Case
No. **08MJ0101**

**WARRANT OF REMOVAL**
**(After Waiver of Hearing)**

To: United States Marshal

A warrant having been issued in the Western District of Washington, charging defendant **JOSE GUADALUPE REBOLLERO-SANCHEZ** with violating a condition of supervised release, in violation of Title 18, United States Code, Section 3583(e)(3), and the above-named defendant having been arrested in this district and, after waiving hearing, pursuant to Federal Rule of Criminal Procedure 32.1, having been committed by a United States Magistrate Judge to your custody pending his removal to that district,

You are hereby commanded to commit the above-named defendant forthwith to the Western District of Washington and there deliver him to the United States Marshal for that district or to some other officer authorized to receive him.

**HON. NITA L. STORMES**
United States Magistrate Judge

Dated at San Diego, California, this 29th day of JAN., 2008.

RETURN

Western District of Washington (at Seattle) ss

Received the within warrant of removal the ____________ day of ______________, 2008, and executed same.

RECEIVED
2008 JAN 30 A 10:30
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

______________________
U. S. Marshal

By ______________________
Deputy Marshal