AO 466 (Rev. 10/03) Waiver of Rule 32.1 Hearings

FILED
JAN 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

**Jose Guadalupe Rebollero-Sanchez**
Defendant

**WAIVER OF RULE 32.1 HEARINGS:**
(Probation/Supervised Release Violation)
**Proceedings Pending Outside So. Dist. of CA**
CASE NUMBER: **08MJ0101**

CHARGING DISTRICTS
CASE NUMBER: **99cr00620R**

I understand that charges are pending in the **Western District of Washington** alleging violation of **Supervised Release** (Probation / Supervised Release) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

**(1)** retain counsel or request the assignment of counsel if I am unable to retain counsel;

**(2)** an identity hearing to determine whether I am the person named in the charges;

**(3)** a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred here) to determine whether there is probable cause to believe a violation occurred; and

**(4)** a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) **identity hearing**

( ) **preliminary hearing**

(X) **identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.**

Jose Guadalupe Rebollero Sanchez
*Defendant*

01-28-08
*Date*

Donald B Nunn
*Defense Counsel*

K:\COMMON\CSA\forms\2005\Waiver_R32_1.wpd